No. 615          August 28, 2024          665

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

DAVID SAMUEL WASHINGTON,
aka David S. Washington,
*Petitioner-Appellant,*

*v.*

David PEDRO,
Superintendent,
Eastern Oregon Correctional Institution,
*Defendant-Respondent.*

Umatilla County Circuit Court
21CV13025; A182455

Jenefer Stenzel Grant, Senior Judge.

Submitted  July 12, 2024.

Jason Weber and Equal Justice Law filed the brief for appellant.

Ryan Kahn, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

EGAN, J.

Affirmed.

**EGAN, J.**

Petitioner appeals from a judgment denying him post-conviction relief. His appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

After a bench trial, petitioner was convicted of first-degree rape, first-degree kidnapping, and first-degree burglary. Petitioner appealed his judgment of conviction, and we affirmed in a written opinion. *State v. Washington*, 266 Or App 133, 337 P3d 859 (2014), *rev den*, 356 Or 767 (2015). In a successive petition for post-conviction relief, petitioner argued that he would not have waived his right to a jury trial if he had known that there was a possibility that the United Supreme Court would subsequently require jury decisions to be unanimous. The post-conviction court denied petitioner's claim for relief finding that his waiver of his right to a jury trial was voluntary, knowing, and intelligent.

Having reviewed the record, including the post-conviction court file and the transcript of the hearings, and having reviewed the *Balfour* brief, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Yother*, 310 Or App 563, 484 P3d 1098 (2021) (deciding matter submitted through *Balfour* process by two-judge panel); *Ballinger v. Nooth*, 254 Or App 402, 295 P3d 115 (2012), *rev den*, 353 Or 747 (2013) (same).